*941 494 U. S. 596;
494 U. S. 1060;
493 U. S. 1073;
493 U. S. 1073;
493 U. S. 1078;
494 U. S. 1028;
494 U. S. 1031;
494 U. S. 1038;
494 U. S. 1060;
494 U. S. 1032;
494 U. S. 1032;
494 U. S. 1032;
493 U. S. 1087;
494 U. S. 1033;
494 U. S. 1034;
494 U. S. 1035;
494 U. S. 1060;
494 U. S. 1025;
494 U. S. 1058;
494 U. S. 1058; and
*942 No. 89-6680.
494 U. S. 1069. Petitions for rehearing denied.